# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00074-CV

**In re Karyl Anderson Krug**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a).

Before Chief Justice Law, Justices Puryear and Pemberton

Filed:  February 4, 2008